UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

NARANG PLAZA POMPANO, INC. and
SARTORI ENTERPRISES INC d/b/a RGS
STEAKHOUSE,
    Defendants.

Case No: 23-cv-61239-RS

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
## AS TO DEFENDANT, NARANG PLAZA POMPANO, INC., *ONLY*

Plaintiff, RUDOLPH BETANCOURT, and Defendant, NARANG PLAZA POMPANO, INC., by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

    Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

 s/ Kenneth L. Minerley
Kenneth L. Minerley, Esq. (FBN: 521840)
Email: Ken@minerleyfein.com
fileclerk@minerleyfein.com
Minerley Fein, P.A.
1200 North Federal Hwy, Suite 420
Boca Raton, FL 33432
561.362.6699
   *Attorney for Defendant Narang Plaza Pompano, Inc.*