UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61239-CIV-SMITH

RUDOLPH BETANCOURT,

    Plaintiff,

v.

NARANG PLAZA POMPANO, INC., *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL**

    This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice as to Defendant Narang Plaza Pompano, Inc. [DE 32]. Upon consideration, it is

    **ORDERED** that Plaintiff's claims against Defendant Narang Plaza Pompano, Inc. are **DISMISSED with prejudice**. Each party shall bear their own attorneys' fees and costs.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of May, 2024.

*/s/ Rodney Smith*
**RODNEY SMITH
UNITED STATES DISTRICT JUDGE**

cc: counsel of record